# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00734-CR

**Brian Dale Stone, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. D-1-DC-09-206562, THE HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Brian Dale Stone seeks to appeal from a judgment adjudicating him guilty of aggravated assault with a deadly weapon. *See* Tex. Code Crim. Proc. art. 42.12, §§ 5(b), 21, 23; Tex. Penal Code § 22.02(a)(2). After being adjudicated guilty on May 10, 2013, sentence was imposed on June 3, 2013. No motion for new trial was filed. Therefore, the deadline for perfecting appeal was July 3, 2013. *See* Tex. R. App. P. 26.2(a)(1). Appellant filed his notice of appeal on October 7, 2013. Thus, appellant's notice of appeal—filed 126 days after sentence was imposed—is untimely. Absent a timely filed notice of appeal, we do not obtain jurisdiction to address the merits of the appeal in a criminal case and can take no action other than to dismiss the appeal for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996). Accordingly, we dismiss this appeal for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Dismissed for Want of Jurisdiction

Filed: June 11, 2015

Do Not Publish